1  **DAVIS WRIGHT TREMAINE LLP**
   865 S. FIGUEROA ST.
2  SUITE 2400
   LOS ANGELES, CALIFORNIA 90017-2566
3  TELEPHONE (213) 633-6800
   FAX (213) 633-6899
4
5  ALONZO WICKERS IV (State Bar No. 169454)
   alonzowickers@dwt.com
6  NICOLAS A. JAMPOL (State Bar No. 244867)
   nicolasjampol@dwt.com
7  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
   cydneyfreeman@dwt.com
8
9  Attorneys for Defendant
   TELEVISION FOOD NETWORK, G.P.
10

11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  ELIZABETH LABAU, an individual, | Case No. 2:17-cv-04077-ODW-SK |
| 15  Plaintiff, | |
| 16  vs. | **NOTICE OF SETTLEMENT** |
| 17  TELEVISION FOOD NETWORK G.P., a New York general partnership, and | |
| 18  DOES 1-10, | |
| 19  Defendants. | |

1   NOTICE IS HEREBY GIVEN, pursuant to Local Rule 16-15.7, that Plaintiff
2   ELIZABETH LABAU and Defendant TELEVISION FOOD NETWORK, G.P.
3   have reached a settlement in principle in this matter and are diligently working to
4   finalize a written settlement agreement.  The parties anticipate submitting the
5   appropriate request for dismissal within 14 days.

7   DATED: November 17, 2017        DAVIS WRIGHT TREMAINE LLP
                                    ALONZO WICKERS IV
                                    NICOLAS A. JAMPOL
                                    CYDNEY SWOFFORD FREEMAN

                                    By:   /s/ Nicolas A. Jampol
                                              Nicolas A. Jampol

                                    Attorneys for Defendant
                                    TELEVISION FOOD NETWORK, G.P.

    DATED: November 17, 2017        LAW OFFICES OF WILLIAM D. BOWEN
                                    WILLIAM D. BOWEN

                                    By:   /s/ William D. Bowen
                                              William D. Bowen

                                    Attorneys for Plaintiff
                                    ELIZABETH LABAU

    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
Policies and Procedures Manual, I hereby certify that the content of this document
is acceptable to William D. Bowen, Esq., counsel for Plaintiff, and that I have
obtained Mr. Bowen's authorization to affix his electronic signature to this
document.

                                    By:   /s/ Nicolas A. Jampol
                                              Nicolas A. Jampol

NOTICE OF SETTLEMENT
4815-1858-1077v.1 0093479-000052

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899